UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH BRIAN MORALES, | ) | No. CV 21-9635-GW (AGR) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| R.C. JOHNSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition for Writ of Habeas Corpus and the Report and Recommendation ("Report") issued on March 13, 2024.  No objections to the Report have been filed.  The Court accepts the findings and recommendation of the Report.

The Report and Notice of Filing Report and Recommendation were returned as undeliverable by the postal service with a note indicating: "Return to Sender, Inmate Out - No date of Return (Over Seven Days)."  (Dkt. Nos. 23-24.)

On April 8, 2024, the court re-mailed the Report and Notice of Filing Report and Recommendation to Plaintiff.  (Dkt. Nos. 21-22.)  On April 18, 2024, the court's mail was again returned by the postal service indicating:  "Return to Sender, Inmate Out - No date of Return (Over Seven Days)."  (Dkt. No. 25.)

  Local Rule 41-6 requires that a Petitioner proceeding pro se must keep the court apprised of the Petitioner's current address.  Local Rule 41-6 provides that "the Court may dismiss the action with or without prejudice for want of prosecution" if the Petitioner fails to notify the court in writing of Petitioner's current address within 15 days after mail is returned as undeliverable by the Postal Service.

  Petitioner has failed to notify the court in writing of Petitioner's current address within 15 days after mail is returned as undeliverable as required in Local Rule 41-6, and the court has no means of contacting Petitioner.

  IT IS ORDERED that the findings and recommendation of the Report are accepted.

  IT IS FURTHER ORDERED that Judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action.

DATED:  April 24, 2024

             _____
                GEORGE H. WU
               United States District Judge