JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH BRIAN MORALES, | ) | NO. CV 21-9635-GW (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R.C. JOHNSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed.

DATED: April 24, 2024

_____
GEORGE H. WU
United States District Judge